# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:20-cv-00400-RJC-DSC

| | |
|---|---|
| ERIC MAUNEY, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | ) |
| | )     **ORDER** |
| | ) |
| COMMISSIONER OF SOCIAL | ) |
| SECURITY, | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

**THIS MATTER** comes before the Court on Plaintiff's motion for summary judgment, (DE 13), and Defendant's motion for remand to the Acting Commissioner, (DE 15). Plaintiff, through counsel, consents to Defendant's motion for remand to the Acting Commissioner.

For good cause shown, the Court hereby reverses the Acting Commissioner's decision under sentence four of 42 U.S.C. § 405(g) and remands the case to the Acting Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS, THEREFORE, ORDERED** that Defendant's motion for remand is **GRANTED**.

**IT IS FUTHER ORDERED** that Plaintiff's motion for summary judgment is **DENIED as moot**.

The Clerk is directed to close this case.

Signed: November 16, 2021

Robert J. Conrad, Jr.
United States District Judge